

FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 11-132-JVS -09 |
| IGNACIO ALFRED MARRON, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __January 24,__, __2017__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __1/18/17__

U.S. ~~District Judge~~/Magistrate Judge
**KAREN E. SCOTT**